■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN BRUSSEY, Also Known as JOHN BRUSSEY, Appellant. — Judgment of the County Court, Suffolk County (Doyle, J.), rendered January 12, 1979, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J.P., Gulotta, Cohalan and Bracken, JJ., concur.